**Order entered March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00247-CV

**BAYLOR UNIVERSITY MEDICAL CENTER, EDMUND SANCHEZ, M.D. AND SRINATH CHINNAKOTLA, M.D., Appellant**

**V.**

**HAROLD BIGGS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CHERI JEAN WELLS BIGGS, DECEASED, BRANDEN WELLS AND CHER BIGGS, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-05-11989**

## ORDER

We **GRANT** the parties' March 13, 2014 joint motion to abate appeal for settlement purposes and **ABATE** the appeal. The appeal will be reinstated May 16, 2014 or upon motion by the parties, whichever occurs sooner.

/s/    ELIZABETH LANG-MIERS
        JUSTICE